FILED

April 27 2010

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

DA 09-0166

# IN THE SUPREME COURT OF THE STATE OF MONTANA

2010 MT 51

FILED

APR 2 7 2010

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

FRANK LEROY ROBINSON,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

ORDER

On March 26, 2010, counsel for Appellant filed with this Court a petition for rehearing in the above-entitled matter. Appellee's objection to the rehearing request was filed on April 12, 2010. The Court having considered the petition and the objection,

IT IS ORDERED that the petition for rehearing is granted.

IT IS FURTHER ORDERED that this Court's March 16, 2010 Opinion in DA 09-0166, *Frank Leroy Robinson v. State of Montana*, 2010 MT 51, is hereby withdrawn pending issuance of a revised opinion at a later date.

The Clerk is directed to provide copies of this order to all counsel of record.

DATED this 27th day of April, 2010.

Chief Justice

Justices